# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ESTIFANOS TEKLE, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:18-cv-01676-ACA-JHE |
| KEVIN K. McALEENAN,[1] et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On June 12, 2019, the magistrate judge entered a report, recommending that the court grant Respondents' motion to dismiss (doc. 16) and dismiss as moot Petitioner Estifanos Tekle's petition for writ of habeas corpus. (Doc. 17). No objections have been filed. The court has considered the entire file in this action and has reached an independent conclusion that Mr. Tekle's petition is moot because he is no longer in custody, and the court no longer can grant meaningful relief.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Respondent Kevin K. McAleenen, Acting Secretary of Homeland Security, is automatically substituted for Kirstjen Nielsen.

Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. By separate order, the court will dismiss as moot the petition for writ of habeas corpus.

**DONE** and **ORDERED** this July 8, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE